# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

147512

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SARAH POTTER,
        Plaintiff-Appellant,

v

F. PATRICK DEVINE, Personal
Representative of the Estate of ARTHUR
CARL DAVIS,
        Defendant-Appellee,

and

TITAN INSURANCE COMPANY,
        Defendant.

SC: 147512
COA: 308878
Oakland CC: 2011-119383-NI

_____/

      On order of the Court, the application for leave to appeal the June 20, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

h1118